544 A.2d 958

Helen THOMAS, Petitioner,

v.

WORKMEN'S COMPENSATION APPEAL BOARD (WINZEK CATERING SERVICE), Respondent.

Supreme Court of Pennsylvania.

Aug. 8, 1988.

## ORDER

Prior report: 104 Pa.Cmwlth. 361, 522 A.2d 115.

PER CURIAM.

Petition for allowance of appeal granted. The order of the Commonwealth Court is vacated, and the matter is remanded to the referee for further hearings to determine the actual earnings Petitioner would receive as a telephone solicitor, given her qualifications.